**Gerry C. DuBOSE, Appellant,**

v.

**Janet E. ANDREWS, individually and as an agent of Hennepin County Medical Center and Hennepin Faculty Associates; Ngoci J. Wamuo, individually and as an agent of Hennepin County Medical Center and Hennepin Faculty Associates; Hennepin County Medical Center; Hennepin Faculty Associates, Appellees.**

No. 02–2461.

United States Court of Appeals, Eighth Circuit.

Submitted: Sept. 12, 2002.

Filed: Oct. 2, 2002.

Before WOLLMAN, MORRIS SHEPPARD ARNOLD, and MELLOY, Circuit Judges.

PER CURIAM.

Gerry DuBose appeals the district court's[1] dismissal without prejudice of his civil complaint. After careful de novo review, we agree with the district court's conclusion that DuBose's complaint did not state a cause of action actionable in federal court. Further, we find no abuse of discretion in the district court's denial of DuBose's motion for leave to amend his complaint, or in the denial of his postjudgment motion seeking reconsideration of the court's judgment.

Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Jonathan G. Lebedoff, United States Magistrate Judge for the District of Minnesota.